U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAY 28 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| ALICE F. DAVIS | CIVIL ACTION NO. 07-1411-A |
| -vs- | JUDGE DRELL |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons contained in the Magistrate Judge's Report and Recommendation previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law, this Court adopts the Report and Recommendation subject only to the modification that the Administrative Law Judge who issued the underlying unfavorable decision was Lawrence T. Ragona, not Ronald L. Burton. Accordingly,

IT IS ORDERED that Davis's appeal be DENIED and DISMISSED WITH PREJUDICE.

SIGNED on this 30 day of May, 2008, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE